USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2025



August 21, 2025

**Via ECF and Email**
The Honorable Barbara Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

RE:     *United States v. Dalessandro Valverde*
          *25-MJ-2454*

Dear Judge Moses:

On August 11, 2025, Mr. Valverde was presented on a criminal complaint before Magistrate Judge Ricardo. Mr. Valverde was charged with conspiracy to distribute fentanyl. Based on an agreed-upon bail package, Judge Ricardo released Mr. Valverde on a $150,000 bond with conditions that included Pretrial supervision and home detention with electronic monitoring. The home detention provision permits Mr. Valverde to go to work, visit with his attorney, and walk his dog, among other things.

At the time of the presentment, I neglected to ask the Court to also permit Mr. Valverde to attend the prenatal medical appointments of his pregnant girlfriend. Since there are several coming up in the near future, I respectfully request that the conditions of Mr. Valverde's bond be amended to permit him to leave his house for medical appointments for his girlfriend. Both Pretrial Services and the government consent to this request.

Thank you for your consideration.

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 21, 2025

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Dalessandro Valverde*

cc:     Government Counsel (*via* ECF)
          Pretrial Services (*via* email)